[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-14726
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 4, 2010
JOHN LEY
CLERK

D. C. Docket No. 09-00089-CR-ORL-22-KRS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILBER MARROQUIN-TORRES,
a.k.a. Israel Marroquin-Torres,
a.k.a. Roberto Chang,
a.k.a. Wilbert Marroquin-Torres,
a.k.a. Jorge Oritz-Barrera,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(May 4, 2010)

Before CARNES, BARKETT and MARCUS, Circuit Judges.

PER CURIAM:

Craig L. Crawford, appointed counsel for Wilber Marroquin-Torres in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Marroquin-Torres's conviction and sentence are **AFFIRMED**.